# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIMITRIY BELONOGOV,<br>　　Petitioner<br><br>　　v.<br><br>ATTORNEY GENERAL OF THE<br>UNITED STATES,<br>　　Respondent | )<br>)<br>)<br>) CIVIL ACTION NO. 3:11-cv-30129 -MAP<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

**JUDGMENT** entered for the respondent Attorney General of the United States, against the petitioner Dimitriy Belonogov, pursuant to the court's endorsed order entered this date, granting the respondent's motion to dismiss.

　　　　　　　　　　　　　　　　　　　　**SARAH A. THORNTON**,
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

Dated: July 25, 2011　　　　　　　　By /s/ *Maurice G. Lindsay*
　　　　　　　　　　　　　　　　　　　　Maurice G. Lindsay
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

(Civil Judgment re Pet v. Resp 5 (rutine).wpd - 11/98)
　　　　　[jgm.]